1  Susan St. Vincent
2  Yosemite Legal Officer
   NATIONAL PARK SERVICE
3  Legal Office
   P.O. Box 517
4  Yosemite, California 95389
   Telephone: (209) 372-0241
5





6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9    UNITED STATES OF AMERICA,          DOCKET NO. 6:16-mj-025-MJS

10              Plaintiff,

11              v.                      **AFFIDAVIT OF ALLEGED PROBATION
                                        VIOLATION(S)**
12   NICHOLAS AIDEN HARMON,

13              Defendant.

14

15        I, Susan St. Vincent, Legal Officer for Yosemite National Park state the following

16   is true and correct to the best of my knowledge and belief.

17        I am the legal officer in Yosemite National Park and serve as the prosecutor for

18   misdemeanor matters arising in the park. I have been so employed for seven years.

19        In the normal course of my duties I, and other individuals acting in a similar

20   capacity in my office, regularly conduct probation status reviews for defendants on court

21   probation with the District Court in Yosemite.

22        In the normal course of my duties, I learned that defendant Nicholas Aiden

23   HARMON failed to pay $800 of a $1000 fine, failed to provide proof that he attended AA

24   at a rate of two sessions per week for a period of six months; failed to obey all laws; and

25   failed to notify the Court within seven days of being cited or arrested for any alleged

26   violation of the law.

27        As the legal officer, I am aware that HARMON was charged with simple assault,

28   in violation of Title 36 Code of Federal Regulations § 113(a)(5); presence in a park area

                                            1

1  when under the influence of alcohol or a controlled substance to a degree that may
2  endanger oneself or another person, or damage property or park resources, in violation
3  of Title 36 Code of Federal Regulations § 2.35(c); and engaging in fighting or
4  threatening, or in violent behavior, in a public place with the intent to cause public alarm,
5  nuisance, jeopardy or violence, or knowingly or recklessly creating a risk thereof, in
6  violation of Title 36 Code of Federal Regulations § 2.34(a)(1). On June 07, 2016,
7  HARMON plead guilty to engaging in fighting or threatening, or in violent behavior.
8  HARMON was sentenced to 12 months of unsupervised probation, with the conditions
9  he pay a $1000 fine at a rate of $100 per month commencing on July 01, 2016, and
10  each month thereafter by the 1st of the month until paid in full; attended AA at a rate of
11  twice per week for a period of six months and file sworn proof of attendance to the Court
12  or Government Officer; obey all laws; and notify the Court or Government Officer within
13  seven days of being cited or arrested for any alleged violation of law.

14      The government alleges HARMON has violated the following condition(s) of his
15  unsupervised probation:

16      CHARGE ONE:     FAILURE TO PAY FINE

17      HARMON was ordered to pay a $1000 fine at a rate of $100 per month
18  commencing on July 01, 2016, and each month thereafter by the 1st of the month until
19  paid in full. As of the date of this affidavit, HARMON has not paid $800 of the fine.

20      CHARGE TWO:     FAILURE TO ATTEND AA

21      HARMON was ordered to attend AA sessions at a rate of twice weekly for six
22  months. As of the date of this affidavit, HARMON has not provided any proof that he has
23  attended any AA sessions.

24      CHARGE THREE:   FAILURE TO OBEY ALL LAWS

25      HARMON was ordered to obey all laws during the period of probation. On
26  February 01, 2017, HARMON was arrested in Fresno County, California for Felony
27  Robbery (PC 211). HARMON was thereafter remanded into court custody.

28

2

1    CHARGE FOUR:    FAILURE TO REPORT NEW VIOLATION

2         HARMON was ordered to notify the Court within seven days of being cited or

3    arrested for any alleged violation of law. On February 01, 2017, HARMON was arrested

4    in Fresno, CA for violation of the California Penal Code 211 – felony robbery. The

5    Yosemite Legal Office learned of this arrest on May 09, 2017 through reviewing

6    HARMON'S criminal background.

7

8

9    _____                    _____
     Date                                    Susan St. Vincent
10                                           Legal Officer
                                             Yosemite National Park, CA
11

12   Sworn to before me and subscribed in my presence in Yosemite National Park,

13   California.

14
     _____                    _____
15   Date                                    Honorable Michael J. Seng
                                             U. S. Magistrate Judge
16                                           Eastern District of California

17

18

19

20

21

22

23

24

25

26

27

28

                                    3