HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
NICHOLAS HARMON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:16-mj-00025-MJS |
|---|---|
| Plaintiff, | ) **STIPULATION TO SET HEARING; ORDER** |
| vs. | ) |
| NICHOLAS HARMON, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Nicholas Harmon, that the matter be set for a hearing on July 11, 2017, at 10:00 a.m.

This matter had previously been set for a contested hearing on June 28, 2017, on an allegation of a probation violation. Prior to the hearing, defense counsel informed the government that the hearing would not be in fact be contested and that an admission was anticipated. Mr. Harmon was not present at the June 28, 2017 hearing. Defense counsel subsequently contacted Mr. Harmon who indicated that he had transportation issues that prevented him from reaching Yosemite. This information has been conveyed to the government who is in agreement with the defense's request to re-set this matter for July 11, 2017, at 10:00 a.m for plea and sentencing on the probation violation allegations.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: June 29, 2017     /s/ Susan St. Vincent
Susan St. Vincent
Yosemite Legal Officer
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: June 29, 2017     /s/ Reed Grantham
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
NICHOLAS HARMON

# **O R D E R**

The Court hereby grants the parties' joint request in case number 6:16-mj-00025-MJS to set this matter for plea and sentencing on alleged probation violation on July 11, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated: July 2, 2017     /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE