UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 20, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> NICHOLAS HARMON, ) <br> ) <br> Defendant. ) | Case No. 6:16MJ00025-MJS <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release __NICHOLAS HARMON__ , Case No. __6:16MJ00025-MJS__ , Charge __PROBATION VIOLATION__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  __  Release on Personal Recognizance

    __  __  Bail Posted in the Sum of $__

        __  __  Unsecured Appearance Bond

        __  __  Appearance Bond with 10% Deposit

        __  __  Appearance Bond with Surety

        __  __  Corporate Surety Bail Bond

    __ ✔ __  (Other)     Conditions as stated on the record.

Issued at __Sacramento, CA__ on __June 20, 2019__ at __2:00 pm__ .

By  /s/ Allison Claire
      Allison Claire
      United States Magistrate Judge

Copy 2 - Court